# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Sinisa Pavetic, | ) | CASE NO.: 4:18CV587 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| Transworld Systems, Inc., | ) | **ORDER OF DISMISSAL** |
| | ) | |
| | ) | |
| Defendant. | ) | |

The parties notified the Court via letter and email that this matter had been settled. Therefore, the docket will be marked "settled and dismissed, without prejudice." The parties may submit within sixty (60) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case including dismissing the case with prejudice, which, if approved, shall supplement this order. This Court will retain jurisdiction over the settlement. The case management conference scheduled for June 6, 2018 is hereby cancelled.

IT IS SO ORDERED.


DATED: June 6, 2018               _____/s/ Judge John R. Adams_____
                                  JUDGE JOHN R. ADAMS
                                  UNITED STATES DISTRICT COURT